Carl G. CHRISTOFFERS v. Charles Francis COPE, Bankrupt.

No. 1249.

Circuit Court of Appeals, Tenth Circuit.

July 6, 1935.

For opinion below, see 8 F.Supp. 778, 961.

Twitchell, Clark & Burkhardt, of Denver, Colo., for appellant.

Albert Dakin, of Longmont, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. UNITED FIDELITY LIFE INSURANCE COMPANY, Respondent.

No. 7746.

Circuit Court of Appeals, Fifth Circuit.

Oct. 25, 1935.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and John D. Kiley, Sp. Atty. for the Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

William H. Clark, Jr., of Dallas, Tex., for respondent.

Before FOSTER, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the decision of the United States Board of Tax Appeals in the above entitled and numbered cause in favor of the respondent may now be reversed, at the cost of respondent, and was submitted to the court.

On consideration whereof, it is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered August 11, 1934, in the above entitled and numbered cause be reversed at the cost of respondent, and that said cause be remanded to the United States Board of Tax Appeals for further proceedings according to law. It is further ordered and adjudged that a certified copy of this judgment be forwarded to the United States Board of Tax Appeals, without delay.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Delight Ward MERNER, Respondent.

No. 8023.

Circuit Court of Appeals, Ninth Circuit.

Nov. 13, 1935.

Arthur H. Kent, Acting Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

J. Lenox Ward, of Oakland, Cal., for respondent.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered, petition to review dismissed; mandate forthwith.